# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**ODIE DONES,**                                                                     No.08-30222-DRH

**Defendant.**

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Defendant Dones' motion for continuance (Doc. 15). Defendant and the Government are engaged in plea negotiations and need additional time to complete that process. The Government does not oppose the motion. Having considered the reasons set forth in the motion, the Court finds that the trial should be postponed. In addition, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such a continuance outweigh the interests of the public and Defendant Dones in a speedy trial because failure to grant a continuance would unreasonably interfere with the current plea negotiations, which if successful would serve all parties' interest in a just and efficient outcome. Therefore, the Court **GRANTS** Defendant Dones' motion for continuance (Doc. 15) and **CONTINUES** the trial set for February 23, 2009 until **March 23, 2009 at 9:00 a.m.** The time from the date Defendant Dones' filed his motion, February 5, 2009, until the date on which the trial is rescheduled, March 23, 2009, is excludable time for purposes of a speedy trial.

Should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED.**

Signed this 9th day of February, 2009.

/s/ David R Herndon

**Chief Judge
United States District Court**